# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| **AMERICAS**<br>NEW YORK<br>SAN FRANCISCO<br>SÃO PAULO<br>SILICON VALLEY<br>WASHINGTON, D.C.<br>**ASIA**<br>BEIJING<br>HONG KONG<br>SEOUL | One Liberty Plaza<br>New York, NY 10006-1470<br>T: +1 212 225 2000<br>F: +1 212 225 3999<br><br>clearygottlieb.com<br><br>D: +1 212-225-2912<br>rmukhi@cgsh.com | **EUROPE & MIDDLE EAST**<br>ABU DHABI<br>BRUSSELS<br>COLOGNE<br>FRANKFURT<br>LONDON<br>MILAN<br>PARIS<br>ROME |

June 6, 2024

**VIA ECF**

The Honorable Brian M. Cogan
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: *Cruz-Bermudez et al. v. Henry Schein, Inc.*, No. 24-cv-387 (BMC)

Dear Judge Cogan:

  The parties are pleased to inform the Court that, following the June 3 mediation with Bruce Friedman of JAMS, they have agreed to a binding term sheet to settle this class action. The final settlement terms enumerated in a settlement agreement will depend, to some extent, on Henry Schein's completion of its review of the data impacted in the cybersecurity incident to determine the final class size total. To allow Henry Schein to complete that process, for the parties to draft and finalize the settlement and agreement, and for Plaintiffs to draft the preliminary approval motion, the parties respectfully request that all case deadlines continue to be stayed for 60 days in light of the agreed upon settlement term sheet. At or before that time, Plaintiffs will submit a motion for preliminary approval or the parties will provide a joint report to the Court on the status of settlement.

  Respectfully submitted,

| | |
|---|---|
| */s/ Raina C. Borrelli*<br>Raina C. Borrelli<br>*Counsel for Plaintiffs* | */s/ Rahul Mukhi*<br>Rahul Mukhi<br>*Counsel for Defendant* |

cc:  All Counsel of Record (via ECF)