# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUCISBEL CRUZ-BERMUDEZ, and HELMUT BECKER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HENRY SCHEIN, INC.,<br><br>Defendant. | Case No. 2:24-cv-00387-BMC<br><br>Judge Brian M. Cogan |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Lucisbel Cruz-Bermudez and Helmut Becker, through their attorneys, individually and on behalf of all others similarly situated, hereby move this Court to:

1. Grant preliminary approval of the settlement described in the Settlement Agreement[1] between Plaintiffs and Defendant Henry Schein, Inc.;

2. Approve the Notice Plan;

3. Appoint Kroll Settlement Administration as Settlement Administrator;

4. Preliminarily certify the Class for settlement purposes only;

5. Appoint Lucisbel Cruz-Bermudez, Helmut Becker, and Randi Grifka as Class Representatives for settlement purposes only;

---

[1] All capitalized terms not otherwise defined herein have the meaning ascribed to them in the Settlement Agreement and Release, attached to this Motion as **Exhibit 1**.

6. Appoint Raina C. Borrelli of Strauss Borrelli, PLLC and Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman, PLLC as counsel to the Class for settlement purposes only;

7. Approve the form and content of the Claim Form (**Exhibit A**), Long Form Notice (**Exhibit B**), and Short Form Notice (**Exhibit D**), all attached to the Settlement Agreement, respectively; and

8. Schedule a Final Approval Hearing to consider entry of a Final Approval Order and approval of the Fee and Expense Application.

This Motion is based upon: (1) this Motion; (2) the accompanying Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement; (3); the Joint Declaration of Plaintiffs' Counsel in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement; (4) the Settlement Agreement and its exhibits; (5) the [Proposed] Preliminary Approval Order (**Exhibit C,** attached to the Settlement Agreement); (6) the records, pleadings, and papers filed in this action; and (7) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Dated: September 13, 2024   By: */s/ Raina C. Borrelli*
                                     Raina C. Borrelli (*pro hac vice*)
                                     STRAUSS BORRELLI PLLC
                                     One Magnificent Mile
                                     980 N. Michigan Avenue, Suite 1610
                                     Chicago IL, 60611
                                     Telephone: (872) 263-1100
                                     Facsimile: (872) 263-1109
                                     raina@straussborrelli.com

                                     Gary M. Klinger (*pro hac vice*)
                                     MILBERG COLEMAN BRYSON
                                     PHILLIPS GROSSMAN PLLC

227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

James J. Bilsborrow (NY Bar # 519903)
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY  10003
Telephone: (212) 558-5500
jbilsborrow@weitzlux.com

*Attorneys for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

    I, Raina Borrelli, hereby certify that on September 13, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 13th day of September, 2024.

                          STRAUSS BORRELLI PLLC

                          By: */s/ Raina C. Borrelli*
                                Raina C. Borrelli
                                STRAUSS BORRELLI PLLC
                                One Magnificent Mile
                                980 N. Michigan Avenue, Suite 1610
                                Chicago IL, 60611
                                Telephone: (872) 263-1100
                                Facsimile: (872) 263-1109
                                raina@straussborrelli.com