# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUCISBEL CRUZ-BERMUDEZ, and HELMUT BECKER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HENRY SCHEIN, INC.,<br><br>Defendant. | Case No. 2:24-cv-00387-BMC<br><br>Judge Brian M. Cogan |

## PLAINTIFFS' UNOPPOSED MOTION
## FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs individually and on behalf of the putative class, respectfully request that the Court grant final approval of the class action Settlement[1] and enter an order: (1) granting final certification of the Class for the purposes of this Settlement only; (2) granting final approval of the Settlement; and (3) granting Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Service Awards to Class Representatives.

Dated: January 31, 2025           By: /s/ Raina C. Borrelli
                                  Raina C. Borrelli (*pro hac vice*)
                                  STRAUSS BORRELLI PLLC
                                  One Magnificent Mile
                                  980 N. Michigan Avenue, Suite 1610
                                  Chicago IL, 60611
                                  Telephone: (872) 263-1100
                                  Facsimile: (872) 263-1109
                                  raina@straussborrelli.com

                                  Gary M. Klinger (pro hac vice)
                                  MILBERG COLEMAN BRYSON

---

[1] All capitalized terms used herein and not otherwise defined shall have the same meanings as set forth in the Settlement Agreement and Release.

                PHILLIPS GROSSMAN PLLC
                227 W. Monroe Street, Suite 2100
                Chicago, IL 60606
                Telephone: (866) 252-0878
                gklinger@milberg.com

*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I, Raina C. Borrelli, hereby certify that on January 31, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 31st day of January, 2025.

        STRAUSS BORRELLI PLLC

        By: */s/ Raina C. Borrelli*
            Raina Borrelli
            STRAUSS BORRELLI PLLC
            One Magnificent Mile
            980 N. Michigan Avenue, Suite 1610
            Chicago IL, 60611
            Telephone: (872) 263-1100
            Facsimile: (872) 263-1109
            raina@straussborrelli.com